*702 GREMILLION, Judge,
concurs in part and dissents in part.
Iil agree with the majority on the issue of the awards of penalties, given that the defendants failed to comply with the dictates of La.R.S. 40:2208.1.
I dissent on the issue of attorney fees. Louisiana Revised Statute 23:1201(F)(4) provides that “[i]n the event that the health care provider prevails on a claim for payment of his fee, penalties as provided in the Section and reasonable attorney fees based wpon actual hours worked may be awarded.... ” [Emphasis added]. In the present matters, counsel for the provider submitted affidavits attesting to the actual hours worked as of the date of trial on each, which are summarized below.
Docket Actual hours worked
10-86_2A_
10-91_3/7_
10-92_3j>_
10-96_2A_
10-97_22_
10-99_22_
10-100_2A_
10-115_22_
10-117_21_

ldO-118_22

Thus, counsel worked a total of 26.6 hours, for which the WCJ and this court have determined the health care provider is entitled to receive attorney fees awards totaling $30,000. An hourly rate of $1,127.82 is unreasonable and unwarranted. I would reduce the attorney fee awards to reflect an hourly rate of $175.00 per hour.